# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| OSCAR M. M., | Case No. 26-cv-256 (LMP/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KRISTI NOEM, *in her capacity as Secretary of the United States Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before Tuesday, January 20, 2026, certifying the true cause and proper duration of Oscar M. M.'s confinement and showing cause why the writ should not issue in this case.

2. Respondents' answer must include:

      a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Oscar M. M.'s detention in light of the issues raised in his Petition;

      b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Oscar M. M.'s claims; and

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Oscar M. M. intends to file a reply to Respondents' answer, he must do so on or before Friday, January 23, 2026.[1]

4. No further submissions from either party will be permitted except as authorized by Court order.

5. Respondents are **ORDERED** to provide notice to Oscar M. M. and this Court of its intention to move Oscar M. M. outside this District no less than 72 hours before any such movement is to be effectuated.

6. Respondents are **ORDERED** not to remove Oscar M. M. from the United States during the pendency of these proceedings.

Dated: January 14, 2026                  *s/Laura M. Provinzino*
Time: 11:44 a.m.                       Laura M. Provinzino
                                        United States District Judge

---

[1] The Court reserves the right to grant Oscar M. M.'s petition before Oscar M. M. files his reply brief if Respondents' response plainly demonstrates that Oscar M. M. is entitled to relief.