# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| OSCAR M. M.,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KRISTI NOEM, *in her capacity as Secretary of the United States Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>Respondents. | Case No. 26-cv-256 (LMP/SGE)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Petitioner's Notice of Voluntary Dismissal (ECF No. 4) given the Petitioner's release from custody. **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 22, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge